UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREI SMITH
1414 17th ST., NW
WASHINGTON, D.C. 20036

    Plaintiff,

v.

CAFÉ ASIA
1720 I ST., NW
WASHINGTON, D.C. 20006

    Defendant.

Civil Case No. 07 CV 621 (RWR)

## AFFIDAVIT IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Jeffrey Wertheimer, make the following affidavit under oath in support of my request to be admitted to practice *pro hac vice* before the United States District Court for the District of Columbia.

1.    I am a partner in the law firm of Rutan & Tucker, LLP, 611 Anton Boulevard, 14th Floor, Costa Mesa, California 92626.

| I am a member of the following state and federal bars: Court | Date of Admission | Bar Number |
| --- | --- | --- |
| California State Courts | December 1985 | 120378 |
| U.S. District Court – Central District of CA | December 1985 | 120378 |
| U.S. District Court – Southern District of CA | August 1995 | 120378 |
| U.S. District Court – Northern District of CA | July 1990 | 120378 |
| U.S. District Court – Eastern District of CA | March 2007 | 120378 |
| U.S. Court of Appeals – Ninth Circuit | December 1985 | 120378 |
| U.S. Supreme Court | May 1992 | 120378 |

    2.    I am a member in good standing of all bars of which I am a member, and I am not under suspension or disbarment from any bar.

    3.    I am associated in this matter with Kevin B. Bedell of the law firm of Greenberg Traurig and William Ihrke of the law firm of Rutan & Tucker, LLP.

    4.    I wish to be admitted *pro hac vice* in this matter for the purposes of representing defendant 1720 Eye Street DC Hospitality, LLC, erroneously sued as "Café Asia."

    5.    I consent to be subject to the jurisdiction and rules of the District of Columbia Supreme Court governing professional conduct and the rules of the United Stated District Court for the District of Columbia.

_____
Jeffrey Wertheimer

STATE OF CALIFORNIA    )
                                   ) ss.
COUNTY OF ORANGE      )

On April 3, 2007, before me, N.J. Hughes, Notary Public, personally appeared JEFFREY WERTHEIMER, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.



_____
Notary Public