UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREI SMITH<br>1414 17TH ST., NW<br>WASHINGTON, D.C. 20036<br><br>    Plaintiff,<br><br>  v.<br><br>CAFÉ ASIA<br>1720 I ST., NW<br>WASHINGTON, D.C. 20036<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Case No. 07 CV 621 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant Café Asia, hereby moves for the admission of Mr. Jeffrey Wertheimer to practice before this Court *pro hac vice* on behalf of Defendant in the above captioned matter, pursuant to Rule 83.2(d) LCvR. Much of Mr. Wertheimer's practice is concentrated in the area of employment discrimination litigation, which is the subject matter of this case, and his assistance and work on this case would be of benefit to bringing this case to a speedy and reasonable conclusion. Mr. Wertheimer is a member in good standing of the bars of the U.S. Supreme Court, the U.S. Court of Appeals for the Ninth Circuit, the U.S. District Courts for the Northern, Southern, Eastern and Central Districts of California, and the highest court of California. Mr. Wertheimer is not currently, nor has he previously been, suspended or disbarred from practice in any court.

-2-

Wherefore, Defendant respectfully requests that this motion for admission of Mr. Wertheimer be granted.

In support of this motion Defendant submits the attached Affidavit of Jeffrey Wertheimer in Support of Admission *Pro Hac Vice* (attached as Exhibit A hereto).

Respectfully submitted,

/s/ William A. Ihrke
William Ihrke, D.C. Bar No. 483748
Rutan & Tucker, LLP
611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626
(714) 641-5100 (telephone)
(714) 546-9035 (facsimile)

Kevin B. Bedell, D.C. Bar No. 451555
Greenberg Traurig LLP
1750 Tysons Blvd., Ste. 1200
McLean, VA 22102
(703) 749-1300 (telephone)
(202) 714-8339 (facsimile)

*Counsel for Defendant
Café Asia.*

Dated: April 6, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREI SMITH<br>1414 17th ST., NW<br>WASHINGTON, D.C. 20036<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAFÉ ASIA<br>1720 I ST., NW<br>WASHINGTON, D.C. 20006<br><br>　　　　Defendant. | Civil Case No. 07 CV 621 (RWR) |

### AFFIDAVIT IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Jeffrey Wertheimer, make the following affidavit under oath in support of my request to be admitted to practice *pro hac vice* before the United States District Court for the District of Columbia.

1.　　I am a partner in the law firm of Rutan & Tucker, LLP, 611 Anton Boulevard, 14th Floor, Costa Mesa, California 92626.

| I am a member of the following state and federal bars:<br>Court | Date of Admission | Bar Number |
|---|---|---|
| California State Courts | December 1985 | 120378 |
| U.S. District Court – Central District of CA | December 1985 | 120378 |
| U.S. District Court – Southern District of CA | August 1995 | 120378 |
| U.S. District Court – Northern District of CA | July 1990 | 120378 |
| U.S. District Court – Eastern District of CA | March 2007 | 120378 |
| U.S. Court of Appeals – Ninth Circuit | December 1985 | 120378 |
| U.S. Supreme Court | May 1992 | 120378 |

2. I am a member in good standing of all bars of which I am a member, and I am not under suspension or disbarment from any bar.

3. I am associated in this matter with Kevin B. Bedell of the law firm of Greenberg Traurig and William Ihrke of the law firm of Rutan & Tucker, LLP.

4. I wish to be admitted *pro hac vice* in this matter for the purposes of representing defendant 1720 Eye Street DC Hospitality, LLC, erroneously sued as "Café Asia."

5. I consent to be subject to the jurisdiction and rules of the District of Columbia Supreme Court governing professional conduct and the rules of the United Stated District Court for the District of Columbia.

_____
Jeffrey Wertheimer

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF ORANGE        )

On April 3, 2007, before me, N.J. Hughes, Notary Public, personally appeared JEFFREY WERTHEIMER, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_____
Notary Public



N. J. HUGHES
COMM. #1707526
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Comm. Exp. DEC. 27, 2010

2237/025499-0001
801557.01 a04/04/07

EXHIBIT A, PAGE 2