UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREI SMITH <br> 1414 17TH ST., NW <br> WASHINGTON, D.C. 20036 <br><br> Plaintiff, <br><br> v. <br><br> CAFÉ ASIA <br> 1720 I ST., NW <br> WASHINGTON, D.C. 20036 <br><br> Defendant. | Civil Case No. 07 CV 621 (RWR) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant Café Asia, by counsel and pursuant to Rule 83.2(d) LCvR, hereby moves for the admission of Mr. Jeffrey Wertheimer to practice before this Court *pro hac vice* on behalf of Defendant in the above captioned matter. Mr. Wertheimer is a partner with the firm of Rutan & Tucker, LLP, and maintains his office at 611 Anton, Blvd., 14th Floor, Costa Mesa, CA 92626, telephone number (714) 641-5100, facsimile number (714) 546-9035.

Much of Mr. Wertheimer's practice is concentrated in the area of employment discrimination litigation, which is the subject matter of this case, and his assistance and work on this case would be of benefit to bringing this case to a speedy and reasonable conclusion. Mr. Wertheimer is a member in good standing of the bars of the U.S. Supreme Court, the U.S. Court of Appeals for the Ninth Circuit, the U.S. District Courts for the Central, Southern, Northern and Eastern Districts of California, and the highest court of the State of California.

Mr. Wertheimer is not currently, nor has he previously been, suspended or disbarred from practice in any court, and has not been disciplined by any bar. Mr. Wertheimer has not sought admission, and thus has not been admitted, to this Court *pro hac vice* within the last two years.

Wherefore, Defendant respectfully requests that this motion for admission of Mr. Wertheimer be granted.

In support of this motion Defendant submits the attached Declaration of Jeffrey Wertheimer in Support of Admission *Pro Hac Vice* (attached as Exhibit A hereto).

Respectfully submitted,

Dated: April 11, 2007

William Ihrke, D.C. Bar No. 483748
Rutan & Tucker, LLP
611 Anton Blvd., Fourteenth Floor
Costa Mesa, CA 92626
(714) 641-5100 (telephone)
(714) 546-9035 (facsimile)

Kevin B. Bedell, D.C. Bar No. 451555
Greenberg Traurig LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
(703) 749-1339 (telephone)
(703) 714-8339 (facsimile)

*Counsel for Defendant*
*Café Asia*

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREI SMITH<br>1414 17TH ST., NW<br>WASHINGTON, D.C. 20036<br><br>    Plaintiff,<br><br>v.<br><br>CAFÉ ASIA<br>1720 I ST., NW<br>WASHINGTON, D.C. 20036<br><br>    Defendant. | Civil Case No. 07 CV 621 (RWR) |

## DECLARATION IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Jeffrey Wertheimer, make the following declaration under oath in support of my request to be admitted to practice *pro hac vice* before the United States District Court for the District of Columbia.

1. I am a partner in the law firm of Rutan & Tucker, LLP, 611 Anton Boulevard, 14th Floor, Costa Mesa, California 92626, telephone number (714) 641-5100; facsimile number (714) 546-9035.

2. I am a member of the following state and federal bars:

| Court | Date of Admission | Bar Number |
|---|---|---|
| California State Courts | December 1985 | 120378 |
| U.S. District Court – Central District of CA | December 1985 | 120378 |
| U.S. District Court – Southern District of CA | August 1995 | 120378 |
| U.S. District Court – Northern District of CA | July 1990 | 120378 |
| U.S. District Court – Eastern District of CA | March 2007 | 120378 |
| U.S. Court of Appeals – Ninth Circuit | December 1985 | 120378 |
| U.S. Supreme Court | May 1992 | 120378 |

3.  I am a member in good standing of all bars of which I am a member, and I have not been suspended or disbarred from any court, and have not been disciplined by any bar.

4.  I am associated in this matter with Kevin B. Bedell of the law firm of Greenberg Traurig and William Ihrke of the law firm of Rutan & Tucker, LLP.

5.  I wish to be admitted *pro hac vice* in this matter for the purposes of representing defendant 1720 Eye Street DC Hospitality, LLC, erroneously sued as "Café Asia."

6.  I have not sought admission, and thus has not been admitted, to this Court *pro hac vice* within the last two years.

7.  I consent to be subject to the jurisdiction and rules of the District of Columbia Supreme Court governing professional conduct and the rules of the United Stated District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2007, at Costa Mesa, California.

_____
Jeffrey Wertheimer