UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREI SMITH )<br>1414 17TH ST., NW )<br>WASHINGTON, D.C. 20036 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAFÉ ASIA )<br>1720 I ST., NW )<br>WASHINGTON, D.C. 20036 )<br>)<br>Defendant. )<br>) | Civil Case No. 07 CV 621 (RWR) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant Café Asia, by counsel and pursuant to Rule 83.2(d) LCvR, hereby moves for the admission of Ms. Anna Kogan to practice before this Court *pro hac vice* on behalf of Defendant in the above captioned matter. Ms. Kogan is associated with the firm of Rutan & Tucker, LLP, and maintains her office at 611 Anton, Blvd., 14th Floor, Costa Mesa, CA 92626, telephone number (714) 641-5100, facsimile number (714) 546-9035.

Much of Ms. Kogan's practice is concentrated in the area of employment discrimination litigation, which is the subject matter of this case, and her assistance and work on this case would be of benefit to bringing this case to a speedy and reasonable conclusion. Ms. Kogan is a member in good standing of the bars of the U.S. Supreme Court, the U.S. Courts of Appeals for the Sixth and Ninth Circuits, the U.S. District Courts for the Central District of California and the Western District of Washington, and the highest court of the State of California.

Ms. Kogan is not currently, nor has she previously been, suspended or disbarred from practice in any court, and has not been disciplined by any bar. Ms. Kogan has not sought admission, and thus has not been admitted, to this Court *pro hac vice* within the last two years.

Wherefore, Defendant respectfully requests that this motion for admission of Ms. Kogan be granted.

In support of this motion Defendant submits the attached Declaration of Anna Kogan in Support of Admission *Pro Hac Vice* (attached as Exhibit A hereto).

                Respectfully submitted,

Dated: April 11, 2007

                William Ihrke, D.C. Bar No. 483748
                Rutan & Tucker, LLP
                611 Anton Blvd., Fourteenth Floor
                Costa Mesa, CA 92626
                (714) 641-5100 (telephone)
                (714) 546-9035 (facsimile)

                Kevin B. Bedell, D.C. Bar No. 451555
                Greenberg Traurig LLP
                1750 Tysons Blvd., Suite 1200
                McLean, VA 22102
                (703) 749-1339 (telephone)
                (703) 714-8339 (facsimile)

                *Counsel for Defendant*
                *Café Asia*

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREI SMITH<br>1414 17TH ST., NW<br>WASHINGTON, D.C. 20036<br><br>          **Plaintiff,**<br><br>          v.<br><br>CAFÉ ASIA<br>1720 I ST., NW<br>WASHINGTON, D.C. 20036<br><br>          **Defendant.** | Civil Case No. 07 CV 621 (RWR) |

## **DECLARATION IN SUPPORT OF ADMISSION *PRO HAC VICE***

I, Anna Kogan, make the following declaration under oath in support of my request to be admitted to practice pro hac vice before the United States District Court for the District of Columbia.

    1.    I am an associate in the law firm of Rutan & Tucker, LLP, 611 Anton Boulevard, 14th Floor, Costa Mesa, California 92626, telephone number (714) 641-5100, facsimile number (714) 546-9035.

    2.    I am a member of the following state and federal bars:

| Court | Date of Admission | Bar Number |
|---|---|---|
| California State Courts | 1994 | 172320 |
| U.S. District Court – Central District of CA | 1995 | 172320 |
| U.S. District Court – Western District of WA | 1996 | 172320 |
| U.S. Court of Appeals – Ninth Circuit | 1995 | 172320 |
| U.S. Court of Appeals – Sixth Circuit | 1994 | 172320 |
| U.S. Supreme Court | 2000 | 172320 |

3. I am a member in good standing of all bars of which I am a member. I have not been suspended or disbarred from practice in any court, and I have not been disciplined by any bar.

4. I will be associated in this matter with Kevin B. Bedell of the law firm of Greenberg Traurig LLP and William Ihrke of the law firm of Rutan & Tucker, LLP, both of whom are members of the bar of this Court.

5. I wish to be admitted pro hac vice in this matter for the purposes of representing defendant 1720 Eye Street DC Hospitality, LLC, erroneously sued as "Café Asia."

6. I have not sought admission, and thus has not been admitted, to this Court *pro hac vice* within the last two years.

7. I consent to be subject to the jurisdiction and rules of the United States District Court for the District of Columbia, and the District of Columbia Rules of Professional Conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2007

_____
Anna Kogan