**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREI SMITH, <br><br> Plaintiff, <br><br> v. <br><br> CAFÉ ASIA, <br><br> Defendant. | Case No.: 07 cv 621 (RWR) |

## Notice of Appearance

Please enter the appearance of Gwenlynn Whittle D'Souza of the law firm of Lippman, Semsker and Salb, LLC as counsel of record for the Plaintiff Andrei Smith in the above captioned matter.

Respectfully submitted,

_____/s/_____
Gwenlynn Whittle D'Souza
LIPPMAN, SEMSKER & SALB, LLC
7700 Old Georgetown Road
Suite 500
Bethesda, Maryland, 20814
(301) 656-6905

Counsel for Petitioner

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906