UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANDREI SMITH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07cv621 (RWR) |
| CAFÉ ASIA, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

The Clerk and all parties will please note the appearance of Kevin B. Bedell, of Greenberg Traurig LLP, 1750 Tysons Boulevard, Suite 1200, McLean, VA 22102, as additional counsel for defendant Café Asia. Café Asia continues to be represented by William Ihrke, Jeffrey Wertheimer, and Anna Kogan as well.

Respectfully submitted,

Dated: May 18, 2007

Kevin B. Bedell (Bar No. 451555)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1200
McLean, VA 22102
Tel: (703) 749-1339
Fax: (703) 714-8339

*Counsel for Defendant Café Asia*