UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREI SMITH<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAFÉ ASIA<br><br>　　　　Defendant. | Civil Action No. 07 CV 621 (RWR) |

### PRAECIPE

TO THE CLERK:

　　Please accept for filing the attached Proposed Initial Scheduling Order.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　S. Micah Salb, #453197
　　　　　　　　　　　　　　　　　　Richard H. Semsker, #22819
　　　　　　　　　　　　　　　　　　Gwenlynn Whittle D'Souza, #453849
　　　　　　　　　　　　　　　　　　LIPPMAN, SEMSKER & SALB, LLC
　　　　　　　　　　　　　　　　　　7700 Old Georgetown Road
　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　Bethesda, Maryland, 20814
　　　　　　　　　　　　　　　　　　(301) 656-6905

　　　　　　　　　　　　　　　　　　Counsel for Petitioner

Lippman, Semsker & Salb, LLC
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREI SMITH<br><br>       Plaintiff,<br><br>       v.<br><br>CAFÉ ASIA<br><br>       Defendant. | Civil Action No. 07 CV 621 (RWR) |

## INITIAL SCHEDULING ORDER

The parties appeared before the Court on May 25, 2007, for an initial scheduling conference. Based on the Joint Rule 16.3 Report to the Court and the representations of counsel, it is this _____ day of _____, 2007, hereby

ORDERED that Fed. R. Civ. P. 26(a)(1) disclosures shall be dispensed with; and it is further

ORDERED that Discovery shall commence from the date of this Order and shall be completed by November 1, 2007; and it is further

ORDERED that expert witness reports, if any, shall be exchanged in accordance with Fed. R. Civ. P. 26(a)(2); and it is further

ORDERED that reports pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P., by plaintiff's retained expert are due by December 1, 2007; and it is further

ORDERED that reports pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P., by defendant's retained expert are due by December 31, 2007; and it is further

ORDERED that dispositive motions shall be filed by December 1, 2007; oppositions

shall be filed by December 31, 2007, and any reply shall be filed by January 14, 2008.

**SO ORDERED.**

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE