UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREI SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAFÉ ASIA, )<br>)<br>Defendant. )<br>) | Civil Action No. 07cv621 (RWR) |

### **NOTICE REGARDING PROPOSED INITIAL SCHEDULING ORDER**

Defendant Café Asia, by counsel, submits this Notice to inform the Court that the proposed "Initial Scheduling Order" filed by plaintiff yesterday is not an order on which the parties agreed (indeed, it is inconsistent with the Rule 16.3 Report submitted by the parties). When plaintiff filed the Rule 16.3 report he neglected to attach a proposed order. The Initial Scheduling Order that was eventually filed was filed without defendant's knowledge or consent. Defendant's counsel thus did not have an opportunity to review the order filed, and would not have agreed to it because it does not accurately reflect the agreement between the parties.

Defendant's counsel is working with plaintiff's counsel to complete the drafting of an Initial Scheduling Order that does reflect the parties' prior agreement. Defendant anticipates bringing a copy of this agreed upon Order to the Scheduling Conference set for tomorrow.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 24, 2007 | Kevin B. Bedell (D.C. Bar No. 451555)<br>Greenberg Traurig, LLP<br>1750 Tysons Boulevard, Suite 1200<br>McLean, VA 22102<br>Tel: (703) 749-1339<br>Fax: (703) 714-8339<br><br>William Ihrke (D.C. Bar No. 483748)<br>Jeffrey Wertheimer (*pro hac vice*)<br>Anna Kogan (*pro hac vice*)<br>Rutan & Tucker, LLP<br>611 Anton Blvd., Fourteenth Floor<br>Costa Mesa, CA 92626<br>Tel: (714) 641-5100<br>Fax: (714) 546-9035<br><br>*Counsel for Defendant Café Asia* |