UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

ANDREI SMITH

       Plaintiff,

       v.           Civil Action No. 07 CV 621 (RWR)

CAFÉ ASIA

       Defendant.

## [PROPOSED] INITIAL SCHEDULING ORDER

The Parties have appeared before the Court on May 25, 2007, for an initial scheduling conference. Based on the Joint Rule 16.3 Report to the Court and the representations of counsel, it is this _____ day of _____, 2007, hereby

ORDERED that the Parties shall make their initial disclosures under Fed. R. Civ. P. 26(a)(1) on June 25, 2007; and it is further

ORDERED that Discovery shall commence from the date of this Order and shall be completed by December 31, 2007; and it is further

ORDERED that expert witness reports, if any, shall be exchanged in accordance with Fed. R. Civ. P. 26(a)(2); and it is further

ORDERED that any proponent's Fed. R. Civ. P. Rule 26(a)(2)(B) report shall be served on or October 30, 2007; and it is further

ORDERED that any responsive Fed. R. Civ. P. Rule 26(a)(2)(B) report shall be served on or November 30, 2007; and it is further

ORDERED that dispositive motions shall be filed by January 31, 2008; oppositions shall be filed by March 3, 2008, and replies shall be filed by March 18, 2008; and it is further

ORDERED that the Pre-Trial Conference shall be held on April 30, 2008, or thirty days after dispositive motions are resolved, whichever is later.

**SO ORDERED.**

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE