**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREI SMITH

       Plaintiff,

       v.

CAFÉ ASIA

       Defendant.

Civil Action No. 07cv621 (RWR)

## MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO COMPEL

Plaintiff, Andrei Smith, by and through his under-signed counsel, hereby moves this Honorable Court for an extension of time to respond to the Motion to Compel Plaintiff to Produce Images Stored on Plaintiff's Cell Phone, for the following reasons:

1. Plaintiff's Opposition to the Motion to Compel is currently due on June 22, 2007.

2. Due to other professional demands on Plaintiff's counsel's time, counsel for the Plaintiff needs more time to address the issues presented.

3. Counsel for the Plaintiff therefore requests an extension of time to respond by one week.

4. Counsel for the Defendant has consented to Plaintiff's request contingent on Plaintiff not making repeated attempts to communicate with Defendant's former employees. Plaintiff has not acceded to Defendant's request, inasmuch as Plaintiff's counsel has made no inappropriate efforts and because Defendant's former employees have communicated willingly with Plaintiff's counsel without any suggestion that they opposed the communications.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

WHEREFORE, for the foregoing reasons, the Plaintiff requests that this Court permit that the Plaintiff respond by June 29, 2007.

Respectfully submitted,

   /s/
S. Micah Salb, DC Bar #453197
Gwenlynn Whittle D'Souza, DC Bar #453849
Richard H. Semsker, DC Bar #413886
Lippman, Semsker & Salb, LLC
7700 Old Georgetown Road, Suite 500
Bethesda, Maryland 20814
(301) 656-6905

Counsel for Plaintiff

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ANDREI SMITH

      Plaintiff,

     v.                            Civil Action No.  07cv621 (RWR)

CAFÉ ASIA

      Defendant.

_____

**<u>ORDER</u>**

Upon consideration of Plaintiff's <u>Motion for Extension of Time to Submit Opposition to Motion to Compel</u>, it is this _____ day of _____, 2007, hereby:

ORDERED that Plaintiff file its opposition by June 29, 2007.

 

_____
JUDGE

Copies to:

| | |
|---|---|
| S. Micah Salb, DC Bar #453197 | William Ihrke, DC Bar #483748 |
| Gwenlynn Whittle D'Souza, DC Bar #453849 | Jeffrey Wertheimer, *pro hac vice* |
| Richard H. Semsker, DC Bar #413886 | Anna Kogan, *pro hac vice* |
| Lippman, Semsker & Salb, LLC | Rutan & Tucker, LLP |
| 7700 Old Georgetown Road, Suite 500 | 611 Anton Boulevard, 14th Floor |
| Bethesda, Maryland 20814 | Costa Mesa, CA 92626 |
| (301) 656-6905 | (714) 338-1879 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |