UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREI SMITH,         )<br>                              )<br>        Plaintiff,         )<br>                              )<br>    v.                        )   Civil Action No. 07cv621 (RWR)<br>                              )<br>CAFÉ ASIA,                    )<br>                              )<br>        Defendant.            )<br>                              ) | |

**MOTION TO CONTINUE DATE OF SETTLEMENT CONFERENCE
TO COMPLY WITH COURT'S SCHEDULING ORDER**

Defendant Café Asia respectfully requests the Court to continue the date of the Settlement Conference with Magistrate Judge John M. Facciola, which is currently set for July 13, 2007, to a date in late August or early September in order to give the parties the opportunity to comply with Judge Roberts' Scheduling Order dated June 7, 2007.

On May 25, 2007, the parties appeared before Judge Roberts for an Initial Scheduling Conference. At the conference, the parties agreed, and the Court accepted, that there was one discovery issue – whether plaintiff had to produce certain pictures stored on his cell phone – that needed to be resolved initially, and that the parties could only have a meaningful mediation *after* that discovery issue is resolved and *after* each side has taken one deposition. As a result of the discussion at the Scheduling Conference, on June 7, 2007, Judge Roberts entered the Scheduling Order in this case (Doc. No. 22). That Order set a briefing schedule for Defendant's motion to compel Plaintiff to produce images stored on Plaintiff's cell phone, with Defendant's reply due to be filed on June 27, 2006. The Order then provides for each side to take one deposition within

1

30 days after this Court's decision on the Motion to Compel. The Court set a 60 day mediation period beginning 31 days *after* the decision on the Motion.

On June 7, the same day Judge Roberts filed the Scheduling Order, the Court scheduled a Settlement Conference before Magistrate Judge Facciola for July 13, 2007 (June 7, 2007, minute Order). Even if the Court were to rule on the motion to compel immediately after briefing was scheduled to be complete, the mediation period would not begin until the very end of July (July 28 being 31 days after the June 27 deadline for Defendant's reply). Plaintiff, however, has now asked for a one week continuance to file his opposition to Defendant's motion to compel. It thus is likely that this Court will not rule on the Motion to Compel until the mid-July at the earliest. Pursuant to the Scheduling Order, the parties will then have thirty days to take one deposition each, all of which will probably transpire by mid-August 2006. As a result, July 13 is not a suitable date for the Settlement Conference because it does not permit the parties sufficient time to take the depositions permitted pursuant to Judge Robert's Scheduling Order.

For all the foregoing reasons, Defendant respectfully requests that the Court continue the date of the Settlement Conference to late August or early September 2007, in order to give the parties the opportunity to take the permitted depositions and comply with the Court's Scheduling Order. Plaintiff's counsel agrees that the date for mediation should be continued. Defendant's counsel suggests the conference be scheduled before September 10th because of conflicts, particularly with the Jewish Holidays, that make Defendant's counsel unavailable during much of the two weeks after that. Plaintiff's counsel, however, is unavailable on August 25, and from August 27 – September 12. Counsel are continuing to discuss available dates and can and will advise the Court of such dates if the Court wishes.

                                                    Respectfully submitted,

Dated:  June 25, 2007                  Kevin B. Bedell (D.C. Bar No. 451555)
                                                    Greenberg Traurig, LLP
                                                    1750 Tysons Boulevard, Suite 1200
                                                    McLean, VA 22102
                                                    Tel:  (703) 749-1339
                                                    Fax:  (703) 714-8339

                                                    William Ihrke (D.C. Bar No. 483748)
                                                    Jeffrey Wertheimer (*pro hac vice*)
                                                    Anna Kogan (*pro hac vice*)
                                                    Rutan & Tucker, LLP
                                                    611 Anton Blvd., Fourteenth Floor
                                                    Costa Mesa, CA 92626
                                                    Tel:  (714) 641-5100
                                                    Fax:  (714) 546-9035

                                                    *Counsel for Defendant Café Asia*

Case 1:07-cv-00621-RWR-JMF   Document 27   Filed 06/25/2007   Page 3 of 3