UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ANDREI SMITH,**

    **Plaintiff,**

    **v.**

**CAFÉ ASIA,**

    **Defendant.**

Civil Action 07-621 (RWR/JMF)

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Defendant's Motion to Compel Plaintiff to Produce Images Stored on Plaintiff's Cell Phone [#24] is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that Plaintiff preserve the images contained on his cell phone; and it is further

**ORDERED** that Plaintiff is to permit the inspection of the images by one attorney designated by defendant.

    **SO ORDERED.**

Date:   October 2, 2007                                                         /s/

                                                                       JOHN M. FACCIOLA
                                                                       UNITED STATES MAGISTRATE JUDGE