**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREI SMITH<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CAFÉ ASIA,<br>1720 EYE STREET DC HOSPITALITY, LLC,<br>MAE SHEON,<br>KAORU SAWADA,<br>YAN YAN JOEY,<br>ABU BAKAR,<br>ELIS TRIANY, and<br>YU SHEON,<br><br>　　　　Defendants. | Civil Action No.: 07cv621 (RWR) |

## MOTION TO MODIFY SCHEDULING ORDER

Plaintiff, Andrei Smith, through his undersigned counsel, moves to modify the Scheduling Order for the following reasons:

## I.   PRELIMINARY STATEMENT.

Plaintiff has filed suit under the D.C. Human Rights Act, D.C. Code § 1-2501 *et seq.* (1981) (the "Act"), against Defendants for egregious sexual harassment, sex discrimination, and sexual orientation discrimination by multiple employees and managers of 1720 Eye Street DC Hospitality, LLC, reportedly trading as Café Asia. Plaintiff also seeks damages for assault and battery, which arises out of a common nucleus of operative facts.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

## II. **PROCEDURAL HISTORY.**

This Court issued a Scheduling Order on June 7, 2007, providing for a maximum of five depositions and for the close of discovery 120 days after the start of discovery. Plaintiff's Amended Complaint, filed contemporaneously herewith, names eight defendants and identifies several other witnesses.

## III. **ARGUMENT.**

Plaintiff seeks to modify the Scheduling Order to provide for the opportunity to take additional depositions. Although the Scheduling Order provides for the taking of five depositions, there are eight Defendants in this case. These additional defendants are supervisors who either participated in the harassment or to whom Plaintiff complained about the harassment. Plaintiff plainly must take the deposition of each of the eight Defendants.

In addition to these supervisors, there are six named harassers in the Amended Complaint. They, too, plainly must be deposed. Finally, there are several fact witnesses who are employees of Defendant Café Asia and former coworkers of the Plaintiff. Mr. Smith expects the depositions of the fact witnesses to be relatively short, but each witness is an integral and necessary part to the development of the case.

Therefore, Plaintiff respectfully requests that this Court withdraw the restriction on the number of depositions to be taken in this case.

The Defendant does not consent to the taking of any additional depositions.

Plaintiff also seeks an extension of time to undertake these depositions. One of the two principals of this Firm, Richard Semsker, passed away on October 15, 2007. This has resulted in

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

- 2 -

difficulties in scheduling the numerous depositions by the current close of discovery of January 25, 2008.

The Defendant does not consent to enlarging discovery.

## IV.     **CONCLUSION.**

For the foregoing reasons, Plaintiff requests that the Scheduling Order be modified to withdraw the limit on depositions and that discovery closes on March 25, 2008.

Respectfully submitted,

_____/s/_____
S. Micah Salb, #453197
msalb@lsslawyers.com
Gwenlynn Whittle D'Souza #453849
Lippman, Semsker & Salb, LLC
7700 Old Georgetown Road, Suite 500
Bethesda, Maryland 20814
(301) 656-6905
(301) 656-6906 (fax)

Counsel for Plaintiff

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906