UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREI SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAFÉ ASIA, )<br>)<br>Defendant. )<br>) | Civil Action No. 07cv621 (RWR/JMF) |

**CONSENT NOTICE OF ALTERED DEADLINES**

Pursuant to the Scheduling Order entered in this case on June 7, 2007, the parties, by the undersigned counsel for defendant Café Asia, hereby give notice of their agreed alteration of certain pending deadlines as specified below. As grounds for these extensions, defendant's counsel understands that one of the three partners in plaintiff's counsel's firm recently passed away and as a result of the impact of that plaintiff's counsel requested some accommodations in scheduling, with the agreement set forth below being the result.

The parties have served written discovery requests upon each other. The parties have agreed that plaintiff's responses to defendant's pending written discovery requests now will be due on November 21, 2007. The parties also have agreed that defendant's responses to plaintiff's pending written discovery requests now will be due on November 28, 2007.

On October 29 and October 30, 2007, plaintiff filed motions to modify the scheduling order, and to amend his complaint to add additional parties and claims. The parties have agreed that defendant's oppositions to those motions shall be served and filed by November 28, 2007.

Counsel for all parties have consented to these modifications of the pending deadlines.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  November 9, 2007 | Kevin B. Bedell (Bar No. 451555)<br>Greenberg Traurig, LLP<br>1750 Tysons Boulevard, Suite 1200<br>McLean, VA 22102<br>Tel:  (703) 749-1339<br>Fax:  (703) 714-8339 |
|  | *Counsel for Defendant Café Asia* |