**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

ANDREI SMITH,

                    PLAINTIFF,

                    v.                             **Civil Action No.  07cv621 (RWR/JMF)**

CAFÉ ASIA,

                    DEFENDANT.

---

**PLAINTIFF'S MOTION FOR CONTEMPT, SANCTIONS,
AND AN EXTENSION OF TIME FOR DISCOVERY**

Plaintiff Andrei Smith, by and through his under-signed counsel, herewith requests, pursuant to Rules 26(b)(1) and 37(d) of the Federal Rules of Civil Procedure, that this Court hold Defendant in contempt, provide sanctions for a failure to appear at a deposition, and provide an extension of time for discovery.  Plaintiff makes this motion for the reasons set forth in the attached Memorandum of Points and Authorities filed concurrently herewith.

Pursuant to Local Rule 7(m), Counsel for Plaintiff hereby certifies that on January 16, 2008, the Parties met and conferred by phone about the underlying issues, without resolution.

WHEREFORE, Plaintiff requests:

1)      That Defendant be held in contempt;

2)      That the Court impose sanctions, including reasonable attorney's fees for the filing of this motion; and

3)      That the close of discovery be extended by 30 days of the date of this Court's Order on the instant motion for the purpose of taking depositions.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

Respectfully submitted,

____/s/_____
S.  Micah Salb, Esq.
Gwenlynn Whittle D'Souza, Esq.
LIPPMAN, SEMSKER & SALB, LLC
7700 Old Georgetown Road
Suite 500
Bethesda, Maryland 20814

Attorneys for Plaintiff

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANDREI SMITH,

                PLAINTIFF,

                v.                    **Civil Action No.  07cv621 (RWR/JMF)**

CAFÉ ASIA,

                DEFENDANT.

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S
## MOTION FOR CONTEMPT AND/OR SANCTIONS

Plaintiff, Andrei Smith, by and through his under-signed counsel, herewith requests, pursuant to Rules 26(b)(1) of the Federal Rules of Civil Procedure, that this Court hold Defendant in contempt and/or provide sanctions.

## ARGUMENT

1.      Plaintiff Andrei Smith alleges in this case, *inter alia*, that he was discriminated against on the basis of his sexual orientation and sex.  *See* <u>Complaint</u> ¶¶ 27-30; <u>Amended Complaint</u> ¶¶43-46.  He also contends that he was the victim of assault and battery.  *See* <u>Complaint</u> ¶¶ 31-32.

2.      Defendant Café Asia is the employer of Andrei Smith.  Yu Sheon, is the owner and an officer of Café Asia.

3.      The Parties have a dispute regarding the failure to appear at depositions which were reasonably noticed.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel.  (301) 656-6905
Fax (301) 656-6906

4.      The Parties were notified by the Court's Scheduling Order dated June 7, 2007, that no extension of the discovery period was permitted without leave of court. *See* <u>Scheduling Order</u>, (Document 22) herein.

5.      The Parties were subject to Local Rule 30.1 which provides that five days advance notice of the date set for taking a deposition shall constitute reasonable notice to a party as required by Rule 30(b), Federal Rules of Civil Procedure.  LCvR 30.1.

6.      The Parties were subject to the Federal Rules of Civil Procedure, which require that if an officer, director, or managing agent fails to appear, after being served with proper notice, the court may impose sanctions.  Fed. R. Civ. P. 39(d).

7.      In accordance with the Court's Scheduling Order, on December 4, 2007, counsel for Plaintiff proposed eight alternative deposition dates for the depositions of four people to counsel for the Defendant. *See* e-mail correspondence from D'Souza to Wertheimer, dated December 4, 2007, attached hereto as Exhibit 1.  Plaintiff expects to need a half day for each witness.

8.      On December 4, 2007, counsel for Defendant agreed to a deposition date of January 15, 2007.

9.      On December 5, 2007, counsel for Defendant stated he was unavailable on January 15, 2007, because of a court appearance.  He proposed alternative dates. *See* e-mail correspondence from Wertheimer to D'Souza, dated December 5, 2007, attached hereto as Exhibit 2.

10.      On December 16, 2007, counsel for Plaintiff informed counsel for Defendant that the dates proposed were beyond the discovery cut-off and requested alternative dates within the discovery period. *See* e-mail correspondence from D'Souza to Wertheimer, dated December 16, 2007, attached hereto as Exhibit 3.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

11.     Counsel for Plaintiff received no response to her December 16, 2007, e-mail requesting alternative dates.[1]

12.     In accordance with Local Rules 30.1, on December 26, 2007, counsel for Plaintiff mailed and sent by facsimile a letter to counsel for Defendant with a Notice of Deposition for the owner/officer (Yu Sheon) and three employees of the Defendant. The date of the noticed deposition was January 14, 2007. *See* letter from D'Souza to Wertheimer and Bedell, dated December 26, 2007, with attached Notice of Deposition, attached hereto as Exhibit 4.

13.     This Notice was issued one month before the close of discovery.

14.     Counsel for Plaintiff provided much more than the minimum five days of notice required under the Local Rules. LCvR 30.1. Counsel for Plaintiff provided nineteen calendar days of notice.

15.     On January 4, 2008, Defendant informed Plaintiff that Defendant's lead counsel located in California was no longer available for depositions during the entire month of January. In response, Plaintiff suggested that one of the other three attorneys who are working on the case be present or that Counsel for Defendant address the issue with the Court by agreeing to the Plaintiff's pending Motion for Modification of Scheduling Order. *See* e-mail correspondence from D'Souza to Wertheimer, dated January 4, 2008, attached hereto as part of Exhibit 5.

16.     On January 7, 2008, Defendant noted he would not consent to the Motion to Modify the Scheduling Order because it was requesting more than the modification of dates. Again,

---

[1] Plaintiff's counsel now realize that two of the dates proposed by the Defendant were, in fact, within the discovery deadline. Plaintiff's counsel erred in calculating 120 days from the Scheduling Conference when writing to the Defendant on December 16. However, Defendant never responded to Plaintiff. While counsel regret their error, if the Defendant had responded to Plaintiff, this error likely would have been noticed and this motion would not have been necessary.

- 3 -

Defendant reiterated his request for deposition dates beyond the close of discovery. *See* e-mail correspondence from Wertheimer to D'Souza, dated January 7, 2008, attached hereto as part of Exhibit 5.

17.     On January 9, 2008, Plaintiff suggested to the Defendant that it seek relief from the court, noting in response to the Defendant's email:

> There is no standoff here except that which you have created. Despite the many lawyers participating in this litigation on behalf of your client, you insist that your client will have no one other than you present to defend the depositions. Despite our motion to enlarge discovery, you will not join the request. Despite our ample notice, you will not make time for the depositions. Despite the fact that discovery was ending, you did not keep time in your calendar for depositions.

*See* e-mail correspondence from Salb to Wertheimer, dated January 9, 2008, attached hereto as Exhibit 6.

18.     In response, counsel for Defendant, Jeffrey Wertheimer, confirmed that he and the deponents would not be appearing for the deposition. He advised against bringing the issue to the attention of a judge and suggested dates in February 2008, which were well beyond the close of discovery. *See* letter from Wertheimer to D'Souza, dated January 9, 2008, attached hereto as Exhibit 7.

19.     On January 10, 2008, Plaintiff reminded Defendant about the terms of the Court's Scheduling Order, which, in bold, specifically prohibited any continuation of discovery without

- 4 -

leave of court. *See* letter from D'Souza to Wertheimer, dated January 10, 2008, attached hereto as Exhibit 8.

20.     On January 11, 2008, Defendant wrote that he believed it was Plaintiff's responsibility to petition the Court to seek additional time. *See* letter from Wertheimer to D'Souza, dated January 11, 2008, attached hereto as Exhibit 9.

21.     On January 14, 2008, neither Defendant nor any of the deponents appeared for the scheduled deposition.  Yu Sheon, an officer of Café Asia, specifically failed to appear at a deposition, which had been reasonably noticed.

22.     Defendant failed to meet its obligations to cooperate in discovery.  It failed to preserve any time before the close of discovery for depositions.  It failed to attend a deposition of its officer, which was reasonably noted.  It failed to request the court for protection or request an extension of time for discovery.  It failed to have any of its attorneys attend a scheduled deposition.

23.     In trying to resolve this dispute, Defendant has acknowledged that Plaintiff is entitled to these depositions, but maintains that Plaintiff is responsible for the unavailability of lead counsel for the Defendant during the entire month prior to the close of discovery.  Defendant's shortcomings have tremendously prejudiced Plaintiff.  The failure for Defendant to produce its officer and employees, who are central to this case, is outrageous.  The failure to produce an officer is precisely the bold type of action that Federal Rule 37(d) is designed to deter.

24.     Defendant's unjustified actions rise to the level of contempt.  Defendant has failed to respond in accordance with the Federal Rules, the Local Rules, or the Scheduling Order.  Instead for seeking relief from the Court, it ignored a Notice of Deposition.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

25.    Plaintiff is prejudiced by Defendant's action.  Plaintiff is delayed in seeking a Motion to Compel on deficient discovery responses because of Defendant's actions.  Additionally, Plaintiff is delayed in responding to Defendant's request for amended responses.

## CONCLUSION

For the foregoing reasons, Plaintiff seeks an Order of contempt and sanctions against the Defendant.  Plaintiff additionally seeks an extension of 30 days from the date of this Court's Order to take depositions.

Respectfully submitted,


_____/s/_____
S. Micah Salb, Esq.
Gwenlynn Whittle D'Souza, Esq.
LIPPMAN, SEMSKER & SALB, LLC
7700 Old Georgetown Road
Suite 500
Bethesda, Maryland 20814

Attorneys for Plaintiff

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

- 6 -

# Exhibit 1

**Subject:** Cafe Asia
**From:** Gwenlynn Whittle D'Souza <gdsouza@lsslawyers.com>
**Date:** Tue, 04 Dec 2007 12:53:17 -0500
**To:** "Wertheimer, Jeff" <jwertheimer@rutan.com>
**CC:** Micah Salb <msalb@lsslawyers.com>, "Kogan, Anna" <akogan@rutan.com>, "Kevin B. Bedell
(E-mail)" <bedellk@gtlaw.com>, "Penn, Frances" <fpenn@rutan.com>, "Young, Summer"
<syoung@rutan.com>

Dear Jeff et al.,

Please note that we have moved offices. Our new location and updated contact information is below. If
you have any difficulty reaching us by telephone over the next few days, please try reaching me on my
cell phone at (301) 452-1888.

As a reminder, Defendant's discovery responses were due on November 28, 2007. As of today, we are
not in receipt of Defendant's discovery responses. Please confirm that they have been sent.

As you are aware, we would like to schedule the depositions of several witnesses. Please let us know if
you are available on December 17, 18, or 19, or January 2, 8, 9, 15, or 16?

Regards,

Gwen D'Souza


--

 **Lippman, Semsker, & Salb, LLC**
*founded in 1972*

| | |
|---|---|
| **Gwen Whittle D'Souza**<br>Senior Associate | 7979 Old Georgetown Road, Suite 1100<br>Bethesda, Maryland 20814<br>301.656.6905<br>301.656.6906 (fax) |
| Employment Law<br>Wills, Trusts & Estates<br>Family Law<br>Civil Litigation | Email: gdsouza@lsslawyers.com<br><br>www.LSSLAWYERS.com |

**Privacy Notice:** This e-mail may contain confidential information that may also be legally privileged and that is intended only for the use of
the addressee(s) named above. If you are not the intended recipient or an authorized agent of the recipient, please be advised that any
dissemination or copying of this e-mail, or taking of any action in reliance on the information contained herein, is strictly prohibited. If you
have received this e-mail in error, please notify me immediately by clicking here, and then delete the e-mail from your system. Thank you!

**Tax Advice Notice:** We inform you, in accord with IRS Rules governing written tax advice from attorneys, that any U.S. tax advice
contained in this email communication (including any attachments) is not intended or written to be used for the purposes of (1) avoiding
penalties under federal tax laws, specifically including the Internal Revenue Code, or (2) promoting, marketing, or recommending to another
party any transaction or matter addressed herein.

# Exhibit 2

**Subject:** RE: Smith Rule 27 Disclosures
**From:** "Wertheimer, Jeff" <jwertheimer@rutan.com>
**Date:** Wed, 5 Dec 2007 16:05:06 -0800
**To:** "Gwenlynn Whittle D'Souza" <gdsouza@lsslawyers.com>

Gwen,
        I now have a court appearance in San Diego on January 15 and I cannot get out
of it.  Please suggest dates later in January.  I am currently available January
23-25 or January 30 through Feb. 1.  Please let me know what works for you.
        I also need the names of the deponents and the topic of the 30(b)(6) so that
I can assure their availability.  Thank you.    Jeff

Jeffrey Wertheimer
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626
714-662-4612 Direct
714-546-9035 Fax
jwertheimer@rutan.com
www.rutan.com <http://www.rutan.com>

Any tax advice contained in the body of this e-mail was not intended or written to be
used, and cannot be used, by the recipient for the purpose of avoiding penalties that
may be imposed under the Internal Revenue Code or applicable state or local tax law
provisions.

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by
the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain
confidential and/or legally privileged information, and (c) are for the sole use of
the intended recipient named above. If you have received this electronic message in
error, please notify the sender and delete the electronic message. Any disclosure,
copying, distribution, or use of the contents of the information received in error is
strictly prohibited.


-----Original Message-----
From: Gwenlynn Whittle D'Souza [mailto:gdsouza@lsslawyers.com]
Sent: Tuesday, November 13, 2007 1:17 PM
To: Kogan, Anna
Cc: Young, Summer; Wertheimer, Jeff; Perciavalle, Michelle
Subject: Re: Smith Rule 27 Disclosures


Some parts of this message were removed because they violated your mail server's
policies.


email-signature_01.gif was removed from the message because it violates your mail
server's policy.
email-signature_02.gif was removed from the message because it violates your mail
server's policy.
spacer.gif was removed from the message because it violates your mail server's
policy.
email-signature_04.gif was removed from the message because it violates your mail
server's policy.
email-signature_05.gif was removed from the message because it violates your mail
server's policy.
email-signature_06.gif was removed from the message because it violates your mail
server's policy.
email-signature_08.gif was removed from the message because it violates your mail
server's policy.

Exhibit 3

**Subject:** Re: Smith Rule 27 Disclosures
**From:** Gwenlynn Whittle D'Souza <gdsouza@lsslawyers.com>
**Date:** Sun, 16 Dec 2007 14:39:48 -0500
**To:** "Wertheimer, Jeff" <jwertheimer@rutan.com>

Jeff,

Those dates are beyond the current discovery cut-off. Are there any more recent dates available.

Regards,

Gwen D'Souza



**Lippman, Semsker, & Salb, LLC**
founded in 1972

**Gwen Whittle D'Souza**
Senior Associate

Employment Law
Wills, Trusts & Estates
Family Law
Civil Litigation

7979 Old Georgetown Road, Suite 1100
Bethesda, Maryland 20814
301.656.6905
301.656.6906 (fax)

Email: gdsouza@lsslawyers.com

www.LSSLAWYERS.com

**Privacy Notice:** This e-mail may contain confidential information that may also be legally privileged and that is intended only for the use of the addressee(s) named above. If you are not the intended recipient or an authorized agent of the recipient, please be advised that any dissemination or copying of this e-mail, or taking of any action in reliance on the information contained herein, is strictly prohibited. If you have received this e-mail in error, please notify me immediately by clicking here, and then delete the e-mail from your system. Thank you!

**Tax Advice Notice:** We inform you, in accord with IRS Rules governing written tax advice from attorneys, that any U.S. tax advice contained in this email communication (including any attachments) is not intended or written to be used for the purposes of (1) avoiding penalties under federal tax laws, specifically including the Internal Revenue Code, or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

Wertheimer, Jeff wrote:

> Gwen,
>       I now have a court appearance in San Diego on January 15 and I cannot get out of it. Please suggest dates later in January. I am currently available January 23-25 or January 30 through Feb. 1. Please let me know what works for you.
>       I also need the names of the deponents and the topic of the 30(b)(6) so that I can assure their availability. Thank you.    Jeff
>
> Jeffrey Wertheimer
> Rutan & Tucker, LLP
> 611 Anton Boulevard, 14th Floor
> Costa Mesa, CA 92626
> 714-662-4612 Direct
> 714-546-9035 Fax
> jwertheimer@rutan.com
> www.rutan.com <http://www.rutan.com>

Any tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.


-----Original Message-----
From: Gwenlynn Whittle D'Souza [mailto:gdsouza@lsslawyers.com]
Sent: Tuesday, November 13, 2007 1:17 PM
To: Kogan, Anna
Cc: Young, Summer; Wertheimer, Jeff; Perciavalle, Michelle
Subject: Re: Smith Rule 27 Disclosures


Some parts of this message were removed because they violated your mail server's policies.

email-signature_01.gif was removed from the message because it violates your mail server's policy.
email-signature_02.gif was removed from the message because it violates your mail server's policy.
spacer.gif was removed from the message because it violates your mail server's policy.
email-signature_04.gif was removed from the message because it violates your mail server's policy.
email-signature_05.gif was removed from the message because it violates your mail server's policy.
email-signature_06.gif was removed from the message because it violates your mail server's policy.
email-signature_08.gif was removed from the message because it violates your mail server's policy.

# Exhibit 4

**LIPPMAN, SEMSKER & SALB, LLC**

Founded Solaman G. Lippman 1972 – 2002

December 26, 2007

Jeffrey Wertheimer, Esq.
Rutan & Tucker, LLP
611 Anton Boulevard
Fourteenth Floor
Costa Mesa, California 92626-1931
*VIA FACSIMILE TO (714) 546-9035; ORIGINAL TO FOLLOW VIA U.S. MAIL.*

Kevin B. Bedell, Esq.
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102

      RE:   Smith v. Café Asia;

Dear Mr. Wertheimer and Mr. Bedell:

During the last two weeks, we requested confirmation of the availability of counsel for depositions prior to the close of discovery. However, we have received no response.

Please find enclosed a Notice of Deposition. Please note that if Judge Roberts extends discovery, we are amenable to discussing a change of the deposition date.

Please call me with any questions, comments, or concerns.

Very truly yours,
LIPPMAN, SEMSKER & SALB, LLC

by Gwenlynn Whittle D'Souza, Esq.



7700 Old Georgetown Road
Suite 500
Bethesda, MD 20814

Tel: 301.656.6905
Fax: 301.656.6906

www.lsslawyers.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANDREI SMITH,

        PLAINTIFF,

        v.

CAFÉ ASIA,

        DEFENDANT.

**Civil Action No. 07cv621 (RWR/JMF)**

### PLAINTIFF'S NOTICE OF DEPOSITION

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and all applicable local rules and orders of this Court, plaintiff Andrei Smith, by counsel, will take the following depositions upon oral examination:

| | |
|---|---|
| Deponent: | Alberto Santos |
| Date: | January 14, 2008 |
| Time: | 9:30 a.m. |
| Location: | 7979 Old Georgetown Road, Suite 510, Bethesda, Maryland, 20814 |

| | |
|---|---|
| Deponent: | Yu Sheon |
| Date: | January 14, 2008 |
| Time: | 11:30 a.m. |
| Location: | 7979 Old Georgetown Road, Suite 510, Bethesda, Maryland, 20814 |

| | |
|---|---|
| Deponent: | Maria the cleaning lady |
| Date: | January 14, 2008 |
| Time: | 2:00 p.m. |
| Location: | 7979 Old Georgetown Road, Suite 510, Bethesda, Maryland, 20814 |

| | |
|---|---|
| Deponent: | Kay |
| Date: | January 14, 2008 |
| Time: | 2:00 p.m. |
| Location: | 7979 Old Georgetown Road, Suite 510, Bethesda, Maryland, 20814 |

Lippman, Semsker & Salb, LLC
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906



Send to client & File

and continuing from day-to-day until completed.

The depositions will be taken before a notary public or some other person duly authorized to administer an oath, and will be recorded by stenographic means. The deposition will be taken for the purposes of discovery, to perpetuate the testimony of the witness for use at trial, and for all other purposes permitted under the Rules.

Respectfully submitted,
LIPPMAN, SEMSKER & SALB, LLC

Dated: December 26, 2007

Gwenlynn Whittle D'Souza, Esq.
S. Micah Salb, Esq.
7979 Old Georgetown Road, Suite 500
Bethesda, Maryland 20814
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was delivered by email and pre-paid first class U.S. Mail this *26* day of *December*, 2007, to:

Kevin B. Bedell, Esq.
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102

William Ihrke, Esq.
Jeffrey Wertheimer, Esq.
Anna Kogan, Esq.
Rutan & Tucker, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626

Gwenlynn Whittle D'Souza, Esq.

Lippman, Semsker & Salb, LLC
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

- 3 -

# Exhibit 5

**Subject: RE: Cafe Asia Deposition**
**From:** "Wertheimer, Jeff" <jwertheimer@rutan.com>
**Date:** Mon, 7 Jan 2008 13:17:33 -0800
**To:** <gdsouza@lsslawyers.com>, "Young, Summer" <syoung@rutan.com>, "Kevin B. Bedell (E-mail)"
<bedellk@gtlaw.com>, "Penn, Frances" <fpenn@rutan.com>
**CC:** "Micah Salb" <msalb@lsslawyers.com>

Dear Gwen,
        I strongly disagree with your summary of our prior discussions.  You have
known of my availability and the timing problems associated with traveling across the
county for some time, yet you opted to wait until the very last moment to set these
depositions.  Then you set them on dates that you knew I was unavailable.
Nevertheless, as I indicated in my prior communication, I am more than willing to
make the requested individuals available for depositions at our earliest available
opportunity.  Since I am lead counsel for this litigation my client strongly desires
that I be the one attending and defending the depositions, so I will not let Mr.
Bedell or another attorney from my firm attend in my place.  I also cannot consent to
your client's Motion to Modify the Scheduling Order because you are requesting more
than the modification of certain dates.  I am amendable to pushing back the date for
completion of the depositions, but I will not agree to you being able to take
additional depositions.  Thus I cannot consent to the granting of the Motion.
        I will agree to whatever steps you feel are necessary, if any, to push back
the discovery deadline an additional four weeks.  If you are not compelled to take
such steps then we are at a standoff.  I want to work with you to complete the
remaining depositions, but you will also have to be willing to work with me.  If this
is not resolved quickly my calendar for early February will also become booked and we
will have to continue these depositions to an even later date.
        Please let me know how you want to proceed.
        Jeff

Jeffrey Wertheimer
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626
714-662-4612 Direct
714-546-9035 Fax
jwertheimer@rutan.com
www.rutan.com <http://www.rutan.com>

Any tax advice contained in the body of this e-mail was not intended or written to be
used, and cannot be used, by the recipient for the purpose of avoiding penalties that
may be imposed under the Internal Revenue Code or applicable state or local tax law
provisions.

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by
the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain
confidential and/or legally privileged information, and (c) are for the sole use of
the intended recipient named above. If you have received this electronic message in
error, please notify the sender and delete the electronic message. Any disclosure,
copying, distribution, or use of the contents of the information received in error is
strictly prohibited.


-----Original Message-----
From: Gwenlynn Whittle D'Souza [mailto:gdsouza@lsslawyers.com]
Sent: Friday, January 04, 2008 2:07 PM
To: Young, Summer; Wertheimer, Jeff; Kevin B. Bedell (E-mail); Penn,
Frances
Cc: Micah Salb
Subject: Cafe Asia Deposition

Dear Counsel:

We are informed that counsel for Cafe Asia is no longer available to attend depositions during the month of January. As you know, we sent an e-mail on December 4 asking for your availability on eight proposed dates. We were told that counsel would be available on January 15, 2007, but were informed within 24 hours that counsel was not available on that date. Although we repeatedly asked for verification of your availability on different dates, the only dates proposed were outside of the time specified in the Court's Scheduling Order.

As you must know, we have a Motion to Modify Scheduling Order pending. We suggest one of two alternatives: 1) that you address this matter with the Court by consenting to the pending Motion to Modify Scheduling Order or 2) that one of the many attorneys in the two firms handling this matter attend the deposition as noted.

Please note that we are unavailable during the time period proposed in February because we expect to be in two trials during the first two weeks of February.

Regards,

Gwen D'Souza


Dear Jeff et al.,

Please note that we have moved offices. Our new location and updated contact information is below. If you have any difficulty reaching us by telephone over the next few days, please try reaching me on my cell phone at (301) 452-1888.

As a reminder, Defendant's discovery responses were due on November 28, 2007. As of today, we are not in receipt of Defendant's discovery responses. Please confirm that they have been sent.

As you are aware, we would like to schedule the depositions of several witnesses. Please let us know if you are available on December 17, 18, or 19, or January 2, 8, 9, 15, or 16?

Regards,

Gwen D'Souza

Exhibit 6

**Subject:** Re: Cafe Asia Deposition
**From:** Micah Salb <shared@lsslawyers.com>
**Date:** Wed, 09 Jan 2008 09:47:12 -0500
**To:** "Wertheimer, Jeff" <jwertheimer@rutan.com>
**CC:** gdsouza@lsslawyers.com, "Young, Summer" <syoung@rutan.com>, "Kevin B. Bedell (E-mail)" <bedellk@gtlaw.com>, "Penn, Frances" <fpenn@rutan.com>, Micah Salb <msalb@lsslawyers.com>

Dear Jeff:

We are happy to cooperate with you to schedule depositions. However, you cannot be surprised when depositions are noticed (a couple of weeks in advance) in a case in which discovery is ending. Depositions often are held toward the end of discovery and we have given you ample notice. Furthermore, we gave you ample opportunity to cooperate with our request to enlarge discovery; you opted not to do so.

We are a bit confused by your suggestion that we take steps to push back the discovery deadline; we have already done so and you chose not to join the motion.

There is no standoff here except that which you have created. Despite the many lawyers participating in this litigation on behalf of your client, you insist that your client will have no one other than you present to defend the depositions. Despite our motion to enlarge discovery, you will not join the request. Despite our ample notice, you will not make time for the depositions. Despite the fact that discovery was ending, you did not keep time in your calendar for depositions. We cannot help but to note that your office has exacerbated the problem by refusing to provide even reasonably complete discovery responses, making it impossible for us to conduct depositions earlier.

Under these circumstances, if you wish protection from our Notice, then you must file a motion for relief from the court.

Best regards,
-Micah



**Lippman, Semsker, & Salb, LLC**
*founded in 1972*

**S. Micah Salb**
Principal

Employment Law
Wills, Trusts & Estates
Family Law
Civil Litigation

7979 Old Georgetown Road, Suite 1100
Bethesda, Maryland 20814
301.656.6905
301.656.6906 (fax)

Email: msalb@lsslawyers.com

www.LSSLAWYERS.com

**Privacy Notice:** This e-mail may contain confidential information that may also be legally privileged and that is intended only for the use of the addressee(s) named above. If you are not the intended recipient or an authorized agent of the recipient, please be advised that any dissemination or copying of this e-mail, or taking of any action in reliance on the information contained herein, is strictly prohibited. If you have received this e-mail in error, please notify me immediately by clicking here, and then delete the e-mail from your system. Thank you!

# Exhibit 7



# RUTAN
### ATTORNEYS AT LAW

Jeffrey Wertheimer
Direct Dial: (714) 662-4612
E-mail: jwertheimer@rutan.com

January 9, 2008

## VIA FACSIMILE AND U.S. MAIL

Micah Salb, Esq.
Gwenlynn Whittle D'Souza, Esq.
Lippman, Semsker & Salb, LLC
7979 Old Georgetown Road
Suite 510
Bethesda, Maryland 20814

  Re: <u>Smith v. Cafe Asia</u>

Dear Mr. Salb and Ms. Whittle D'Souza:

  I am writing in response to the prior emails I received from your office concerning the depositions set for January 14, 2008. At the outset, I want to make it unmistakably clear that for the reasons previously discussed, neither the deponents nor their counsel will be attending any of the depositions as scheduled.

  While we agree that you have every right to take these depositions, as you know, due to scheduling conflicts, I will be unable to attend the January 14 depositions in Washington D.C. As previously indicated, I remain willing to conduct them during the first two weeks of February. In addition, since we have a February 29 Post-Discovery Conference with Judge Roberts, it might be easiest to schedule the depositions for February 27 or 28. Whatever course you opt to pursue, I believe the Court would rather us solve this dilemma amongst ourselves by agreeing on additional dates and taking the depositions, instead of bringing this dispute to the Court. I will leave that decision to your office.

  If you have any questions concerning any of the above, do not hesitate to contact me.

    Very truly yours,

    Jeffrey Wertheimer
    RUTAN & TUCKER, LLP

cc: William Ihrke, Esq.
  Summer Young-Agriesti, Esq.
  Kevin Bedell, Esq.

Rutan & Tucker, LLP  I  611 Anton Blvd, Suite 1400, Costa Mesa, CA 92626
PO Box 1950, Costa Mesa, CA 92628-1950  I  714-641-5100  I  Fax 714-546-9035
Orange County  I  Palo Alto  I  www.rutan.com

2237/025499-0001

01/09/2008 WED 14:46   [JOB NO. 6640]   @003

Exhibit 8



**LIPPMAN, SEMSKER & SALB, LLC**

Founded Solaman G. Lippman 1972 – 2002

January 10, 2008

Jeffrey Wertheimer, Esq.
Rutan & Tucker, LLP
611 Anton Boulevard
Fourteenth Floor
Costa Mesa, California  92626-1931
*VIA FACSIMILE TO (714) 546-9035; ORIGINAL TO FOLLOW VIA U.S. MAIL.*

Kevin B. Bedell, Esq.
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102

      RE:   <u>Smith v. Café Asia;</u>

Dear Counsel:

This week, we have received several written requests by Café Asia to change the date of the deposition set for January 14, 2007. While in most situations, we are amenable to extensions of time to conduct discovery, we cannot do so in this case.

Pursuant to the Court's Scheduling Order of June 7, 2007, discovery is clearly set to close on January 25, 2007.  Paragraph 4 of the Court's Order states in bold:

> **Court dates and the deadline for close of discovery may be continued only by leave of the undersigned.**

For this reason, we disagree with your assessment that the Court would prefer we informally reach agreement about the dates of depositions beyond the deadline set for discovery.  Please understand we do agree to taking the depositions on a mutually convenient dates at the end of February, but we <u>jointly</u> must address this issue with the Court.  For the purposes of this motion, we would appreciate your disclosure of the full names of the witnesses we intend to depose, all of whom are Café Asia employees.  Please note that we expect to reschedule the four depositions over two days in February 2008.





7700 Old Georgetown Road
Suite 500
Bethesda, MD 20814

Tel: 301.656.6905
Fax: 301.656.6906

www.lsslawyers.com

 **LIPPMAN, SEMSKER & SALB, LLC**

Jeffrey Wertheimer, Esq.
January 10, 2008
Page 2

We suggest that you draft a joint motion to the Court seeking the relief you seek. We will not oppose the motion so long as we agree to an alternative deposition dates.

Very truly yours,
LIPPMAN, SEMSKER & SALB, LLC

by Gwenlynn Whittle D'Souza, Esq.

Case 1:07-cv-00621-RWR-JMF    Document 39-10    Filed 01/18/2008    Page 4 of 5

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

JOB NO.              3114
DEPT. ID             1000
DESTINATION ADDRESS  17145469035
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME             01/10 17:44
USAGE T              00'41
PGS.                    3
RESULT               OK
```



# *LIPPMAN, SEMSKER & SALB, LLC*

# Fax Transmission Cover Sheet

**Date:**   January 10, 2008

**To:**   Jeffrey Wertheimer, Esq.

**Fax:**   (714) 546-9035

**Re:**   Smith v. Café Asia

**Sender:**   Gwenlynn Whittle D'Souza, Esq.

YOU SHOULD RECEIVE __3__ PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (301) 656-6905.

**Additional Notes:**



 **LIPPMAN, SEMSKER & SALB, LLC**

# Fax Transmission Cover Sheet

**Date:** January 10, 2008

**To:** Jeffrey Wertheimer, Esq.

**Fax:** (714) 546-9035

**Re:** Smith v. Café Asia

**Sender:** Gwenlynn Whittle D'Souza, Esq.

YOU SHOULD RECEIVE __3__ PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (301) 656-6905.

**Additional Notes:**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. WE WILL ACCEPT COLLECT CALLS. THANK YOU.

# Exhibit 9


# RUTAN
ATTORNEYS AT LAW

Jeffrey Wertheimer
Direct Dial: (714) 662-4612
E-mail: jwertheimer@rutan.com

January 11, 2008

## VIA FACSIMILE AND U.S. MAIL

Gwenlynn Whittle D'Souza, Esq.
Lippman, Semsker & Salb, LLC
7979 Old Georgetown Road
Suite 510
Bethesda, Maryland  20814

      Re:    <u>Smith v. Cafe Asia</u>

Dear Ms. Whittle D'Souza:

      I am writing in response to your January 10, 2008 letter.  I do not believe it is Defendant's responsibility to petition the Court seeking additional time for Plaintiff to complete his discovery.  Thus, I am not prepared to spend my client's time and resources in order to insure that Plaintiff can complete its discovery.  As I stated previously, if you wish to make the appropriate motion I will support it.

      I am also not required to volunteer the names of potential deponents.  However, as a show of good faith, I believe the individuals you are seeking are Kay Wannapake and Maria Garrate.  This office represents both individuals, so feel free to contact me to arrange their deposition dates, should that become necessary.

      If you have any questions concerning any of the above, do not hesitate to contact me.

                Very truly yours,

                Jeffrey Wertheimer
                RUTAN & TUCKER, LLP

cc:    William Ihrke, Esq.
       Summer Young-Agriesti, Esq.
       Kevin Bedell, Esq.

Rutan & Tucker, LLP  ‖  611 Anton Blvd. Suite 1400, Costa Mesa, CA 92626
PO Box 1950, Costa Mesa, CA 92628-1950  ‖  714-641-5100  ‖  Fax 714-546-9035
Orange County  ‖  Palo Alto  ‖  www.rutan.com

2237/025499-0001
926161.01 a01/11/08

01/11/2008 FRI 14:28   [JOB NO. 6644]   ☑002

RUTAN TUCKER LLP        Fax:714-546-9035        Jan 11 2008 11:34am    P001/002

# RUTAN & TUCKER, LLP

**Attorneys at Law**
**611 Anton Boulevard, 14th Floor**
**Costa Mesa California 92626-1931**
Mailing Address: Post Office Box 1950, Costa Mesa, California 92628-1950

**Telephone: 714.641.5100        Facsimile 714.546.9035**

---

# FACSIMILE TRANSMISSION

DATE:        **JANUARY 11, 2008**

TO:                                                    Hard Copy to Follow via Mail:  **YES**

| NAME | FAX NO. | PHONE NO. |
|------|---------|-----------|
| **Gwenlynn Whittle D'Souza, Esq.** | **(301) 656-6906** | **(301) 656-6905** |

FROM:        **Jeffrey Wertheimer - 2237**

RE:        **Smith v. Cafe Asia**

| CLIENT/MATTER NO.: **025499-0001** | NUMBER OF PAGES, INCLUDING COVER: **2** |
|---|---|

MESSAGE:

| |
|---|
| |

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AGENT RESPONSIBLE TO DELIVER THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

If there are problems receiving this Fax Transmittal please call 714.641.5100, Ext. 1235.

237/025499-0001
a00/00/00