UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREI SMITH<br>1414 17TH ST., NW<br>WASHINGTON, D.C. 20036<br><br>        Plaintiff,<br><br>        v.<br><br>CAFÉ ASIA<br>1720 I ST., NW<br>WASHINGTON, D.C. 20036<br><br>        Defendant. | Civil Case No. 07 CV 621 (RWR) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant Café Asia, hereby moves for the admission of Ms. Summer Young Agriesti to practice before this Court *pro hac vice* on behalf of Defendant in the above captioned matter, pursuant to Rule 83.2(d) LCvR. Much of Ms. Young Agriesti's practice is concentrated in the area of employment discrimination litigation, which is the subject matter of this case, and her assistance and work on this case would be of benefit to bringing this case to a speedy and reasonable conclusion. Ms. Young Agriesti is a member in good standing of the bars of the U.S. District Courts for the Southern, Eastern, and Central Districts of California, and the highest court of California. Ms. Young Agriesti is not currently, nor has she previously been, suspended or disbarred from practice in any court. Wherefore, Defendant respectfully requests that this motion for admission of Ms. Young Agriesti be granted.

In support of this motion Defendant submits the attached Affidavit of Summer Young Agriesti in Support of Admission *Pro Hac Vice* (attached as Exhibit A hereto).

Respectfully submitted,

*[signature: William H. Ihrke]*

William Ihrke, D.C. Bar No. 483748
Rutan & Tucker, LLP
611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626
(714) 641-5100 (telephone)
(714) 546-9035 (facsimile)

Kevin B. Bedell, D.C. Bar No. 451555
Greenberg Traurig LLP
1750 Tysons Blvd., Ste. 1200
McLean, VA 22102
(703) 749-1300 (telephone)
(202) 714-8339 (facsimile)

*Counsel for Defendant
Café Asia.*

Dated: November 20, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREI SMITH<br>1414 17th ST., NW<br>WASHINGTON, D.C. 20036<br><br>      Plaintiff,<br><br>      v.<br><br>CAFÉ ASIA<br>1720 I ST., NW<br>WASHINGTON, D.C. 20006<br><br>      Defendant. | Civil Case No. 07 CV 621 (RWR) |

## DECLARATION IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Summer Young Agriesti, make the following declaration under oath in support of my request to be admitted to practice *pro hac vice* before the United States District Court for the District of Columbia.

1. I am an associate in the law firm of Rutan & Tucker, LLP, 611 Anton Boulevard, 14th Floor, Costa Mesa, California 92626.

2. I am a member of the following state and federal bars:

| Court | Date of Admission | Bar Number |
|---|---|---|
| California State Courts | 2004 | 232883 |
| U.S. District Court – Central District of CA | 2005 | 232883 |
| U.S. District Court – Southern District of CA | 2005 | 232883 |
| U.S. District Court – Eastern District of CA | 2006 | 232883 |

3.   I am a member in good standing of all bars of which I am a member, and I am not under suspension or disbarment from any bar.

4.   I am associated in this matter with Kevin B. Bedell of the law firm of Greenberg Traurig and William Ihrke of the law firm of Rutan & Tucker, LLP.

5.   I wish to be admitted pro hac vice in this matter for the purposes of representing defendant Café Asia.

6.   I consent to be subject to the jurisdiction and rules of the District of Columbia Supreme Court governing professional conduct and the rules of the United Stated District Court for the District of Columbia.

_____
Summer Young Agriesti