UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREI SMITH
1414 17th ST., NW
WASHINGTON, D.C. 20036

        Plaintiff,

        v.

CAFÉ ASIA
1720 I ST., NW
WASHINGTON, D.C. 20006

        Defendant.

Civil Case No. 07 CV 621 (RWR)

## SUPPLEMENTAL DECLARATION
## IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Summer Young Agriesti, make the following declaration under oath in support of my request to be admitted to practice pro hac vice before the United States District Court for the District of Columbia.

1.    I am an associate in the law firm of Rutan & Tucker, LLP, 611 Anton Boulevard, 14th Floor, Costa Mesa, California 92626; telephone number (714) 662-4676.

2.    I am a member of the following state and federal bars:

| Court | Date of Admission | Bar Number |
|---|---|---|
| California State Courts | 2004 | 232883 |
| U.S. District Court – Central District of CA | 2005 | 232883 |
| U.S. District Court – Southern District of CA | 2005 | 232883 |
| U.S. District Court – Eastern District of CA | 2006 | 232883 |

3.  I am a member in good standing of all bars of which I am a member, and I am not under suspension or disbarment from any bar. I have never been disciplined by the bar of any state.

4.  I have never been admitted *pro hac vice* in this Court within the last two years, or ever.

5.  I am associated in this matter with Kevin B. Bedell of the law firm of Greenberg Traurig and William Ihrke of the law firm of Rutan & Tucker, LLP.

6.  I wish to be admitted pro hac vice in this matter for the purposes of representing defendant Café Asia.

7.  I consent to be subject to the jurisdiction and rules of the District of Columbia Supreme Court governing professional conduct and the rules of the United Stated District Court for the District of Columbia.

_____
Summer Young Agriesti