**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

ANDREI SMITH
1414 17TH ST., NW
WASHINGTON, D.C. 20036

        Plaintiff,

        v.                                          Civil Action No.: 07cv621 (RWR)

CAFÉ ASIA
1720 I ST., NW
WASHINGTON, D.C. 20006

AND

1720 EYE STREET DC HOSPITALITY, LLC
1720 I ST., NW
WASHINGTON, D.C. 20006

*Serve:*
JEFFREY WERTHEIMER, ESQ.
RUTAN & TUCKER, LLP
611 ANTON BOULEVARD, 14TH FLOOR
COSTA MESA, CALIFORNIA 92626

AND

MAE SHEON
1720 I ST., NW
WASHINGTON, D.C. 20006

*Serve:*
JEFFREY WERTHEIMER, ESQ.
RUTAN & TUCKER, LLP
611 ANTON BOULEVARD, 14TH FLOOR
COSTA MESA, CALIFORNIA 92626

AND

KAORU SAWADA
1720 I ST., NW
WASHINGTON, D.C. 20006

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

*Serve:*
JEFFREY WERTHEIMER, ESQ.
RUTAN & TUCKER, LLP
611 ANTON BOULEVARD, 14TH FLOOR
COSTA MESA, CALIFORNIA 92626

AND

YAN YAN JOEY
1720 I ST., NW
WASHINGTON, D.C. 20006

*Serve:*
JEFFREY WERTHEIMER, ESQ.
RUTAN & TUCKER, LLP
611 ANTON BOULEVARD, 14TH FLOOR
COSTA MESA, CALIFORNIA 92626

AND

ABU BAKAR
1720 I ST., NW
WASHINGTON, D.C. 20006

*Serve:*
JEFFREY WERTHEIMER, ESQ.
RUTAN & TUCKER, LLP
611 ANTON BOULEVARD, 14TH FLOOR
COSTA MESA, CALIFORNIA 92626

AND

ELIS TRIANY
1720 I ST., NW
WASHINGTON, D.C. 20006

*Serve:*
JEFFREY WERTHEIMER, ESQ.
RUTAN & TUCKER, LLP
611 ANTON BOULEVARD, 14TH FLOOR
COSTA MESA, CALIFORNIA 92626

AND

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

YU SHEON
1720 I ST., NW
WASHINGTON, D.C. 20006

*Serve:*
JEFFREY WERTHEIMER, ESQ.
RUTAN & TUCKER, LLP
611 ANTON BOULEVARD, 14TH FLOOR
COSTA MESA, CALIFORNIA 92626

        Defendants.

_____

## AMENDED COMPLAINT AND JURY DEMAND

       COMES NOW the Plaintiff, Andreia Smith, by and through his under-signed counsel, and sues the Defendants and for his cause of action, declares and avers as follows:

### PRELIMINARY STATEMENT

       1.     This action is brought by Andrei Smith, who is male, under the District of Columbia Human Rights Act, D.C. Code § 1-2501 *et seq.* (1981) (the "Act"), for monetary, compensatory, and punitive damages as well as equitable relief against Defendants growing out of the sexual harassment of Plaintiff and sexual orientation discrimination against Plaintiff by multiple employees and managers of Café Asia.  This is also an action against Defendants under the common law seeking damages for assault and battery of Plaintiff, which arises out of a common nucleus of operative facts.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

**JURISDICTION**

2.      This Court has jurisdiction pursuant to D.C. Code §§ 11-921 and 1-2501 *et seq.* (1981).

**PARTIES**

3.      Plaintiff, who is male and homosexual, is an employee within the meaning of the Act.  Plaintiff was employed in Defendant Café Asia's restaurant in the District of Columbia.

4.      Defendant Café Asia is a Virginia corporation licensed to do business in the District of Columbia and is an employer within the meaning of the Act.

5.      Defendant 1720 Eye Street DC Hospitality, LLC is a Delaware corporation licensed to do business in the District of Columbia and is an employer within the meaning of the Act.

6.      Defendant Mae Shoen works in the District of Columbia and is an employer within the meaning of the Act.

7.      Defendant Kaoru Sawada works in the District of Columbia and is an employer within the meaning of the Act.

8.      Defendant Yan Yan Joey works in the District of Columbia and is an employer within the meaning of the Act.

9.      Defendant Abu Bakar works in the District of Columbia and is an employer within the meaning of the Act.

10.      Defendant Elis Triany works in the District of Columbia and is an employer within the meaning of the Act.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

11.     Defendant Yu Sheon works in the District of Columbia and is an employer within the meaning of the Act.

**FACTS**

**The Sexual Harassment and Physical Assaults Against Plaintiff.**

12.     Plaintiff Andrei Smith began working for Café Asia as a host at its D.C. location on September 18, 2005.  Approximately  two months later he became a waiter.

13.     From November 2005 through the end of 2006, Plaintiff Andrei Smith has been subjected to severe and pervasive harassment based on his sexual orientation.

14.     Beginning in November 2005, one of Café Asia's kitchen managers, known as Abu Bakar, began to address offensive comments to Plaintiff about Plaintiff's sexual orientation. He called him "Banshee" which is a slur for homosexual.

15.     Shortly thereafter, many members of Café Asia's kitchen staff, including but not limited to Nelson, Ever, Luis, Ramos, and Andreas, also began to make offensive comments to Mr. Smith about his sexual orientation.  These employees of Defendants yelled out "Gay!" or "Maricon!" almost every time Mr. Smith entered the kitchen.  "Maricon" is a Spanish slur for a male homosexual.

16.     In or about December 2005, Defendants's harassment of Mr. Smith became physical.  Mr. Bakar and several other members of Café Asia's kitchen staff would often take an object, such as an eggplant, a cucumber, or a wooden kitchen utensil, and forcefully shove it at Mr. Smith's buttocks.  In addition, Mr. Bakar and many members of the kitchen staff frequently grabbed Mr. Smith's crotch, rear end, or nipples.

Lippman, Semsker & Salb, LLC
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

- 5 -

17.     Defendants's verbal and physical harassment of Plaintiff based on his sexual orientation would often take place multiple times in the same day, frequently occurring almost every time Mr. Smith entered the kitchen.

18.     In or about February 2006, and on approximately four or five occasions since that time, several Café Asia employees, including but not limited to Ever, Andreas, Nelson, and Ramos, pounced on Mr. Smith when he was in the cooler, the walk-in refrigerator, or the food packing area, forcefully pinned him down, and grabbed his crotch, buttocks, and nipples as he struggled to fight them off.  On one occasion, when Mr. Smith was in the walk-in refrigerator, Café Asia employees turned off the lights in the refrigerator before assaulting him in the dark.

19.     In or about May 2006, Mr. Smith was in the kitchen filling an ice bucket when Ramos, one of the members of Café Asia's kitchen staff, approached Mr. Smith, unzipped his pants, and exposed himself to Mr. Smith.

20.     Ramos took a video of Mr. Smith being assaulted by Café Asia employees using the camera on his cellular phone.  Abu, one of the kitchen managers, also took a photograph with his cell phone of two Café Asia employees groping Mr. Smith, one from behind and one from in front.

21.     On August 23, 2006, Mr. Smith informed Ms. Sawada that he was taking a vacation, and that he would therefore not be available for shifts for the next month.  In response, Ms. Sawada shouted out to everyone in the kitchen, "Hey, Andrei's leaving for a month, you better touch him while you can."

22.     From the start, Mr. Smith consistently made it clear to his coworkers that he objected to their harassment of him.  He attempted to swat away his coworker's hands and he

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

- 6 -

repeatedly told his coworkers to cease their harassment.  On several occasions, Mr. Smith

attempted to ward off attacks by grabbing a stapler or a food order spindle as he saw the Café

Asia employees coming toward him.  His efforts at stopping the harassment and self-defense

were ineffective, as the verbal and physical harassment continued.


**Defendants' Knowledge of the Harassment and Assaults Against Mr. Smith.**

23.     The verbal and physical harassment would often take place in full view of many

of Mr. Smith's coworkers in the kitchen, many of whom either participated in the harassment or

cheered it on.

24.     Mr. Bakar, who is one of Café Asia's kitchen managers, witnessed and was fully

aware of the harassment against Mr. Smith from the start.  However, Mr. Bakar did nothing to

stop it.  In fact, he often participated in the harassment.

25.     Defendants' second kitchen manager, Elis Triany, witnessed the incidents of

battery and harassment numerous times but took no steps to stop it.  Indeed, she laughed along

with the other employees.

26.     On June 30, 2006, Ms. Yan Yan Joey, another manager at Café Asia, sent Mr.

Smith an email containing a series of six gay hardcore pornographic images, involving group sex

scenes after Mr. Smith had complained about a coworker exposing himself.  Ms. Yim sent this

email only to Mr. Smith and two other servers named Ariya and Jet, both of whom are

homosexual, and did not direct the email to any of Café Asia's heterosexual employees.

Lippman, Semsker & Salb, LLC
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

27.     Once Ms. Joey reprimanded Mr. Smith for screaming in the kitchen when co-workers were harassing him.  Although Mr. Smith explained he was being harassed, she did nothing to stop the harassment.

28.     The physical assaults against Mr. Smith, including those that took place in the food packing area, were witnessed by numerous other members of the kitchen staff, including the restaurant's kitchen managers, Mr. Bakar and Ms. Triany.  None of the employees, including the managers, intervened on Mr. Smith's behalf.

**Mr. Smith's Complaints.**

29.     Mr. Smith complained to Abu about the verbal and physical harassment on multiple occasions. On one occasion in the summer of 2006, when Abu tried to forcibly grab Mr. Smith's crotch, Mr. Smith told Mr. Bakar to stop, adding that he could sue Mr. Bakar for his misconduct.  In response, Mr. Bakar said to Mr. Smith, "You're only going to sue if I don't touch you anymore."

30.     Mr. Smith's complaints to Mr. Bakar did not cause him to cease the harassment. To the contrary, the more Mr. Smith complained to Mr. Bakar, the more Mr. Bakar harassed him and encouraged others to harass him.

31.     Beginning in or about December 2005, Mr. Smith complained several times about the harassment to Kaoru Sawada, one of the restaurant's floor managers.  Ms. Sawada would typically respond by saying only "They just like you," or "You're so popular."

32.     In or about January 2006, Mr. Smith also complained to May Sheon, another manager at Café Asia and the sister of the owner of the restaurant.  Mr. Smith told Ms. Sheon

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

about the verbal and physical harassment he was suffering. Alberto Santos, another waiter at Café Asia who was standing nearby, confirmed to Ms. Sheon that Mr. Smith's complaints about harassment in the kitchen were accurate. Ms. Sheon nevertheless refused to take corrective action, telling Mr. Smith, "They just like you." Since that time, Mr. Smith has complained to Ms. Sheon on several other occasions, but Ms. Sheon has never taken any form of corrective action.

33.    Mr. Smith complained to the kitchen manager, Ms. Triany, about the incident in which his coworkers assaulted Mr. Smith in the freezer with the lights turned off. Ms. Triany responded with laughter and asked Mr. Smith if he enjoyed it

34.    Notwithstanding his multiple complaints about the severe and pervasive harassment, Defendants failed to take steps to stop the harassment. Therefore, Mr. Smith had no choice but to resign his employment.

35.    Other female employees, who were not homosexual, including Ms. O'Connor, complained about sexual harassment, and each of their complaints were addressed by management.

36.    Plaintiff has suffered, is now suffering, and will continue to suffer emotional pain, sleeplessness, anxiety, mental anguish, loss of enjoyment of life, and other non-pecuniary losses as a direct result of Defendants' conduct.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

**COUNT ONE**
**SEXUAL ORIENTATION DISCRIMINATION IN VIOLATION OF THE**
**DISTRICT OF COLUMBIA HUMAN RIGHTS ACT**

37.     Plaintiff incorporates Paragraphs 1 through 36 of this Complaint as if fully alleged herein.

38.     Defendants' discriminatory and disparate treatment of Plaintiff on account of his sexual orientation constitutes a violation of the District of Columbia Human Rights Act.

39.     Defendants' assistance in the discriminatory and disparate treatment of Plaintiff on account of his sexual orientation constitutes a violation of the District of Columbia Human Rights Act.

40.     Defendants' harassment of Plaintiff on account of his sexual orientation constitutes  a hostile work environment in violation of the District of Columbia Human Rights Act.

41.      Defendants engaged in the above-described conduct against Plaintiff with malice and callous indifference to Plaintiff's rights under the District of Columbia Human Rights Act.

**COUNT TWO**
**ASSAULT & BATTERY**

42.     Plaintiff repeats and reiterates each and every allegation of paragraphs 1 through 41 of this Complaint as if specifically alleged herein.

43.     Defendants have committed civil assault and civil battery because its actions as alleged herein constitute an unwanted touching and because it engaged in conduct which created in Plaintiff a reasonable fear of an unwanted touching.

Lippman, Semsker & Salb, LLC
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

- 10 -

**COUNT THREE**
**SEX DISCRIMINATION IN VIOLATION OF THE**
**DISTRICT OF COLUMBIA HUMAN RIGHTS ACT**

44.     Plaintiff incorporates Paragraphs 1 through 43 of this Complaint as if fully alleged herein.

45.     Defendants' discriminatory and disparate treatment of Plaintiff on account of his sex constitutes a violation of the District of Columbia Human Rights Act.

46.     Defendants' assistance in the discriminatory and disparate treatment of Plaintiff on account of his sex constitutes a violation of the District of Columbia Human Rights Act.

47.      Defendants' harassment of Plaintiff on account of his sexual constitutes  a hostile work environment in violation of the District of Columbia Human Rights Act.

48.     Defendants engaged in the above-described conduct against Plaintiff with malice and callous indifference to Plaintiff's rights under the District of Columbia Human Rights Act.

WHEREFORE, as to all Counts, Plaintiff prays that this Court:

a.      Declare Defendants' conduct to be in violation of Plaintiff's civil rights;

b.      Enjoin Defendants from engaging in such conduct;

c.      Reinstate Plaintiff to the position he previously held;

d.      Award Plaintiff front and back pay and benefits;

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

- 11 -

e.      Award Plaintiff appropriate compensatory damages for Defendants violation of Plaintiff's civil rights under the DC Human Rights Act;

f.      Award Plaintiff compensatory damages in the amount of $1 million for Defendants' assault and battery of Plaintiff;

g.      Award Plaintiff appropriate nominal and punitive damages;

h.      Award Plaintiff his costs and attorneys' fees; and

I.      Award Plaintiff such other and further relief as may be deemed just and proper.


**DEMAND FOR JURY TRIAL**

**Plaintiff, by and through his under-signed counsel, herewith demands a trial by jury on all issues.**

Respectfully submitted,


_____/s/_____
S. Micah Salb, #453197
msalb@lsslawyers.com
Gwenlynn Whittle D'Souza#453849
Lippman, Semsker & Salb, LLC
7979 Old Georgetown Road
Suite 1100
Bethesda, Maryland 20814
(301) 656-6905
(301) 656-6906 (fax)

Counsel for Plainstiff

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

- 12 -