UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANDREI SMITH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07cv621 (RWR/JMF) |
| CAFÉ ASIA, | ) ) ) | |
| Defendant. | ) ) | |

**CONSENT NOTICE OF ALTERED DEADLINES**

Pursuant to the Scheduling Order entered in this case on June 7, 2007, the parties, by the undersigned counsel for defendant Café Asia, hereby give notice of their agreed alteration of the deadline for defendant to file its opposition to "Plaintiff's Motion to Compel And/Or For Sanctions."

Defendant's counsel requested this extension due to the pendency of several other trials during and immediately after (thereby requiring final trial preparation during) the time permitted by the applicable rules for defendant to file its opposition. In addition, the parties will attempt to resolve several of the discovery disputes during the period of this extension and believe that the additional time will enable some to be resolved.

Plaintiff filed his motion to compel on July 6, 2008. Pursuant to LCvR 7, defendant's opposition would have been due on July 21, 2008- eleven days plus the three days allowed for service taking the time to July 20, a Sunday, with July 21 being the next business day. Counsel for the parties have agreed that defendant may serve its opposition by August 11, 2008 – a brief extension of three weeks.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 18, 2008 | Kevin B. Bedell (Bar No. 451555)<br>Greenberg Traurig, LLP<br>1750 Tysons Boulevard, Suite 1200<br>McLean, VA 22102<br>Tel: (703) 749-1339<br>Fax: (703) 714-8339<br><br>*Counsel for Defendant Café Asia* |