**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ANDREI SMITH,

        PLAINTIFF,

        v.        **Civil Action No. 07cv621 (RWR/JMF)**

CAFÉ ASIA,

        DEFENDANT

**MOTION FOR LEAVE TO FILE REPLY TO
OPPOSITION TO MOTION TO COMPEL**

Plaintiff Andrei Smith, by and through his under-signed counsel, respectfully requests leave to file a Reply to the Response to Plaintiff's Motion to Compel out of time. Consent was sought of the Defendant, but no response has been received.

Plaintiff's Reply was due, in accordance with this Court's rules, on Thursday, August 21, 2008. However, the attorney who was primarily responsible for litigating this matter, Gwenlynn Whittle D'Souza, has recently left Plaintiff's counsel's law firm. The attorneys who have commenced responsibility for handling this matter were unaware that the brief had not yet been filed.

This failure to file constitutes excusable neglect. Only two business days have lapsed since the date the brief was due. The Defendant cannot articulate any prejudice as a result of this short delay. Further, the Plaintiff should not suffer because of the short lapse by counsel.

Wherefore, the Plaintiff requests:

1) That this motion be granted;

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

2) That this Court grant leave to file a Reply to the Opposition to Motion to Compel by August 25, 2008; and

3) For such other and further relief as the nature of the case may require.

                                        Respectfully submitted,
                                        LIPPMAN, SEMSKER & SALB, LLC

Dated: August 24, 2008                  /s/
                                        S. Micah Salb, Esq.
                                        7979 Old Georgetown Road, Suite 1100
                                        Bethesda, Maryland  20814
                                        Attorneys for Plaintiff

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD  20814
Tel. (301) 656-6905
Fax (301) 656-6906

- 2 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREI SMITH, | |
| PLAINTIFF, | |
| v. | **Civil Action No. 07cv621 (RWR/JMF)** |
| CAFÉ ASIA, | |
| DEFENDANT | |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Reply to Response to Motion to Compel, and any opposition thereto, it is _____ day of _____, 2008,

ORDERED that the Motion be, and hereby is, GRANTED; and it is further

ORDERED that Plaintiff may file a reply by September 5, 2008.

_____    _____/s/_____
Date                                                              RICHARD W. ROBERTS
                                                                       United States District Judge

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANDREI SMITH<br><br>    Plaintiff,<br><br>    v.<br><br>CAFÉ ASIA<br><br>    Defendant. | Civil Action No. 07 CV 621 (RWR) |

**PLAINTIFF'S REPLY TO OPPOSITION TO**
**MOTION TO COMPEL AND/OR FOR SANCTIONS**

Plaintiff Andrei Smith, by and through his under-signed counsel, replies as follows:

**A.** **Continuing Disputes over Discoverable Information.**[1]

  **1.** **Continuing Need to Compel Information Related to Investigation Reports.**

The Parties are in partial agreement about resolving the discovery of information related to the investigation reports. In Request for Production Number 13, Plaintiff requested:

> Any and all documents related to any investigation conducted by you or your agent, servant and/or employee with regard to Mr. Smith and/or his complaints of

---

[1] Defendant mischaracterizes some of the interactions between counsel and the necessity of filing a Motion to Compel prior to the end of discovery. Defense counsel repeatedly promised a response, but did not respond, other than to say she was too busy to respond, but not indicating that it would seek an extension of time to respond before the end of discovery.

  As to the signing of Answers to Interrogatories, defense counsel did represent that she did not think it would be a problem, but indicated she would confer with local counsel before giving making a committed response. Defense Counsel did not submit any signed interrogatories prior to the filing of the Motion to Compel or the end of discovery.

  As to documents relating to Yu Sheon's work schedule, defense counsel had indicated that she need to confirm that there were no other documents. Prior to the filing of the Motion to Compel and the close of discovery, she did not affirmatively state there were no responsive documents other than the ones produced.

  Some pending disputes are addressed in full in the Motion to Compel and are not repeated here.

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

discrimination, or any other type of complaint including those regarding mistreatment by co-workers or managerial staff.

The Defendant objected on the basis of attorney-client privilege and attorney work-product doctrine. However, based on conversations with counsel and deposition testimony, it is clear that there are privileged and non-privileged documents which are responsive. At the deposition of Yu Sheon on April 29, 2008, the Defendant initially objected to a line of questioning related to this matter on the grounds of attorney-client privilege. After continuing a few more questions, Plaintiff discovered that non-privileged investigative reports existed and so Plaintiff requested to hold the deposition open to address questions to Mr. Sheon about these reports.

In response to our threats to file a motion to compel, the Defendant finally provided us with copies of the report prepared by the investigator employed by the Defendant in response to Mr. Smith's complaints of discrimination. That document identifies witnesses who are supportive of Mr. Smith's version of events. Mr. Smith received this document too late to depose those witnesses and the investigator. Therefore, Plaintiff has been severely prejudiced by Defendant's belated disclosure of this document.

We have been advised that the Defendant possesses additional documents which it withholds on grounds of attorney-client privilege. However, the Defendant has not provided a privilege log and, furthermore, the Defendant's contention that privilege attaches is incorrect. The documents that we continue to seek are relevant to Mr. Sheon's knowledge about the allegations in the Complaint, which were substantiated in the investigator's report by some coworkers of Mr. Smith, as well as a possible *Ellerth/Farragher* defense.

Therefore, Plaintiff is requesting that Defendant produce a privilege log, Plaintiff seeks leave to reopen the deposition of Yu Sheon, and for leave to conduct a deposition of the investigator (and

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

for Café Asia to provide the investigator's contact information). The Parties have reached agreement only as to reopening the deposition of Yu Sheon.

### 2. Continuing Need to Compel Information Regarding Lack of Identification of Persons with Knowledge Relevant to Case.

The Defendant continues to withhold contact information of witnesses. On January 8, 2008, Plaintiff asked the Defendant to identify all persons named in it is Answers to Plaintiff's Interrogatories consistent with the instruction contained in his Interrogatories. Specifically, the Interrogatories define the words "identify," "identity," or "identifying," when used with reference to a person, to mean: (a) furnish the name, sex (if known), sexual orientation (if known), present business address and telephone numbers; (b) indicate whether or not that person is (or was) an employee of Defendant and, where applicable, the position held by that person; and (c) furnish the home address if not presently employed by Defendant. *See* Plaintiff's First Set of Interrogatories, attached to Plaintiff's motion to compel as Exhibit 4.

Defendant has failed to provide any information identifying the persons named in its Interrogatories. The Defendant objects to providing this information on the grounds that all persons who were named are represented by defense counsel and therefore may not be contacted. This matter remains unresolved.

### 3. Disagreement on Interrogatory Count.

Although Defendant has indicated in its Opposition that it would supplement its Answers to Interrogatories, it is seeking to do so more than a month after the close of discovery without requesting an extension of discovery. Defendant continues to object about the Interrogatory count,

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

but indicates in its opposition that it may supplement some more interrogatories. Defendant indicated in its Opposition that it would to provide a supplemental answer today, but none has been received.

**B.     CONCLUSION.**

For these reasons, Plaintiff seeks an Order compelling Defendant to produce the discoverable information and for sanctions because of the severe prejudice to the Plaintiff

Respectfully submitted,

/s/
S. Micah Salb, Esq.
LIPPMAN, SEMSKER & SALB, LLC
7979 Old Georgetown Road
Suite 1100
Bethesda, Maryland  20814

Counsel for Plaintiff

**Lippman, Semsker & Salb, LLC**
7979 Old Georgetown Road, Suite 1100
Bethesda, MD  20814
Tel. (301) 656-6905
Fax (301) 656-6906

- 4 -