**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREI SMITH, | |
|        PLAINTIFF, | |
|        v. | **Civil Action No. 07cv621 (RWR/JMF)** |
| CAFÉ ASIA, | |
|        DEFENDANT. | |

**MOTION TO WITHDRAW APPEARANCE**

Please withdraw the appearance of Gwenlynn Whittle D'Souza as counsel on behalf of the Plaintiff, inasmuch as Ms. D'Souza has resigned her employment with the Firm of Lippman, Semsker & Salb, LLC.

WHEREFORE, the undersigned counsel requests:

1) That the Motion be granted;

2) That the appearance of Gwenlynn Whittle D'Souza be withdrawn; and

3) For such other and further relief as the nature of the case may require.

                                                           Respectfully submitted,

                                                           /s/
                                          Gwenlynn Whittle D'Souza, Esq.
                                          4713 Bartram Street
                                          Rockville, Maryland 20853
                                          (301) 452-1888
                                          gwenwdsouza@yahoo.com